Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Brenda A. Fears

_____

(Enter above the full name of Plaintiff(s))

vs. Unified Government of WYCO
AFSME
Nancy Burns
Name

710 North 7th St Suite 100
Street and number

Kansas   Kansas   66101
City        State        Zip Code

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

F I L E D
NOV 22 2017
TIMOTHY M. O'BRIEN CLERK
By_____Deputy

Case Number: 2:17-CV-2668-DDC-TJJ
(To be assigned by Clerk)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. This employment discrimination lawsuit is based on (check only those that apply):

   [X] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   [X] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the American with*

1

Unified Government of Wyndotte County
701 North 7th St
KCK 66101

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☒ Yes   Date filed: April 2017
☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: 4-2017
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☒ Yes ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

### NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [X] termination of my employment
   - [ ] failure to promote me
   - [X] failure to accommodate my disability
   - [X] terms and conditions of my employment differ from those of similar employees
   - [X] retaliation
   - [X] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____
   _____
   _____

   Did you complain about this same conduct in your charge of discrimination?
   [X] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [X] my race or color, which is __Black__
   - [ ] my religion, which is _____
   - [ ] my national origin, which is _____
   - [ ] my gender, which is [ ] male; [ ] female
   - [X] my disability or perceived disability, which is __Vision__
   - [ ] my age (my birth date is: _____ )
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [X] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

(1) Nancy was voted in I believe in 2010 all the girls

3

in the office Quit But 3 of us, we had 2 Electronic Filers and 2 Auditors Jessica was a Auditor and Me (Brenda) my job double on the computer, I start having Vision problems, I went to the Eye doctor, Dicover Vision, we did a FMLA to do some Eye surgery in October or November, did left eye First could not where a left contact, Doctor thought it would heal in 3 to 4 weeks but it took longer on Back of this page

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☒ are no longer being committed by Defendant.
    ☐ may still be being committed by Defendant.

12. Plaintiff:
    ☐ still works for Defendant
    ☒ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☒ Yes   ☐ No

    Explain: My Eyes got so bad she gave me a magnifying glass over my computer screen, then my Eyes Running Water, I could not stand the light

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
☐ Defendant be directed to employ Plaintiff
☐ Defendant be directed to re-employ Plaintiff
☐ Defendant be directed to promote Plaintiff
☐ Defendant be directed to _____

(1) Continue

Doctor told me to take Frequent Breaks in January Nancy told me to do another FMLA Because it was taking longer to heal And I could only take computer Breaks when it was my Break And that my FMLA would End in February, So I could not get my Right Eye done I call my Doctor And ask him about the FMLA, Because I thought it was a year, My Doctor Said he thought So to I call HR She said it was up to my Boss, My Break is at 10:15

(2) There was a Black girl in our office Dalvin Dobbs Every day Nancy would come out to her Desk or call her in her office, Nancy wanted her to help her learn the job, Dalvin told that She was not a trainer Nancy got mad and started picking at her, She told me And Nina (white) not go to Dalvin and ask her about work, we always ask each other about work or do we Record thing that what we were taught, Dalvin was Fired,

(3) Then she add another job for me I am to wait on All Customers if Someone else got up to wait on them She was going to write me up, She posted Dalvin job I applied for the job, She told me I was not Qualified for the job and hire a girl from the tag department I had been Audit that job for All most 6 years.

(4) Nancy move me up front, took the jobs of the other 2 girls and gave it to me, So I am doing my work there work waiting on All Customers, change the Font size on All public computers made them smaller, where I had to use a hand held magnifying glass.

☐ Injunctive relief (please explain): _____
☒ Monetary damages (please explain): _____
☒ Costs and fees involved in litigating this case
☒ As additional relief to make Plaintiff whole, Plaintiff

seeks: _____

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this **21** day of **November**, 20**17**.

_Brenda Fears_
Signature of Plaintiff

**BRENDA FEARS**
Name (Print or Type)

**2811 Georgia Ave**
Address

**KCK   66104**
City State Zip Code

**913-341-1053**
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One Location)

_Brenda Fears_
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.  ☒ Yes   ☐ No
(Select One)

_Brenda Fears_
Signature of Plaintiff

Dated: **11-21-2017**
(Rev. 10/15)

5

5. My Break was at 10:15, it was 10:20 I finish waiting on customer, got up to go break, I was at the door and a customer came in, I said Hello and went to break, when I came back Nancy call me her office and me I should have wait on that customer I told it was past my break time the other girls was on there personel phones texting, she told me dont worry about what theery are doing, I went to the Union, Joe Monslow call Nancy, Brenda should be able to go break like everyone else. Nancy got mad at me,

She call me in the office All personel call we must take in the back, No eating at our desk, she said she told everyone this only applied to me, there doctor call their cell phones there kid call there cell phone, they eating at their desk, She said not on Register of Deed time, phone call and eating only on your break, the new girl she hire Elizbeth did not have a home phone, All her calls were on her cell phone she was selling Jewelry, home decorating on Register of deed time her friends in the Building was coming in purchasing things, she sold toys, she sold food, they had time to do these things because I was doing there week, Linda came in and ask me for an email about Union meeting I hit the wrong Button, printed something else, Nancy wrote me up Elizbeth would talk to Sandra (supervisor) in Spanish Nina be on her tablet on facebook meeting guys on Register of Deed time taking pictures, sending her pictures Elizabeth taking the pictures, when I complain to Nancy She say just do your job

5 continue
---

Elizabeth took her husband up stairs to do his tags not on her break on Register of Deed time gone 45min

Sandra took her son to do his tags on Register of Deeds time gone 1/2 hour

I did my tags on my breaks, 2 minutes late from break call me in the office gave me a verbal warning

Nancy call me in her office every week, complaining about everything I did,

Susie said that we were told we could not deny your breaks so as long as there is a customer at your desk wait on them, while the other girls talk on their cell or text, have Avon deliver on Register of Deed time

Nancy told me I was to slow, I was spending to long with customers just me, 2015 was the worst year of my life with Nancy, wrote me up if I made a mistake, Nancy made me do Federal & State tax leins, I had did it once the 2nd time I scan them wrong she wrote me up I told her Nina always do them wrong, she told don't worry

Nancy wrote me up for Scaning on the Big scanner and Kideler had to fix the machine, I told her I did not do this, Every document that we record have a date, Tom scan from 10am til 3pm. She still wrote me up, Customer told her that he ask me to help him do a title search we have signs that we don't do title searchs, he had been there before, she said I should had help him and that I was rude I told her I was not, she wrote me up, A guy came in and ask me to Record a tax lein, I told him it was a copy and we don't record copys he started screaming at me before I could look up the document Nancy came out she help him, told me I she treating him better, Tom said Brenda did nothing wrong, she call me in her office give me a warning.

6. I felt like I was walking Egg shells
I started unising the Bathroom on myself
I did so much Computer work my Eyes would Red and Running water, I could not stand the light even on my breaks I would have to stand in the shade
Elizabeth told me that Nancy told them if I have a lot Auding don't help, if a customer came in and I had Question don't help
Once a week Nancy was changing the way we Record she would make a change while I am on vacation and would not tell me so if I did it wrong I get a verbal warning, she would shake her finger in my face when she talke to me like I was her kid she belittle me in front of the office. I started have Blood pressure problems
I was Scared to ask a Question when I wait on customers
I was scared to talk to them I might say something wrong
My oxgen level was bad Every time she call my name I would Jump August 4 my sister told us she had cancer Every year I take vacation in August 18 thru 22 they told on her Birthday they could not help I went Back to work did a document they Sent $5.00 to much if its not over $5.00 we can Record I ask my Boss she said Record it, I did she supend me without pay she died on 9/4 in October went to hosiptal for stress for 2 weeks

2-26-16

2-18-16 EM put cash on Escrow we were over and Fidlar had to fix it from 8am to 2pm

Week of 2-12-16 Nancy call me in her office because of Rmty that I charge them $15.00

Nina did a Ass of ~~Rent~~ Rent Fee should have been $47.00 dollars

I have other Examples

they have me doing a job I Bid on I was told I was not Qualify for I am doing this job 3 day's a week because the girl they hired is leaving on maternity leave

I started training in January they are complanning because I not as fast as them and I am not sitting at my computer so the Font Size is smaller and she knows I have a vision problem I have to get out of my seat to see th

2-23-16 Eliz @ took sick
Leave at 12:00

She inform them at 10:15

2-22-16 nina texing
" " Eliz "
2-21-16: " "