# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BRENDA A. FEARS,** | ) |
| **Plaintiff,** | ) ) ) |
| | ) **CIVIL ACTION** |
| v. | ) |
| | ) No. 17-2668-KHV |
| **UNIFIED GOVERNMENT OF WYANDOTTE COUNTY/ KANSAS CITY, KANSAS,** | ) ) ) |
| | ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL CASE

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order (Doc. #55) filed October 8, 2019, judgment is entered in favor of defendant Unified Government of Wyandotte County/Kansas City, Kansas.

Dated: 10/8/2019         TIMOTHY M. O'BRIEN, CLERK

                s/ Andrea Schreyer
                Deputy Clerk